UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BRISCOE,<br><br>　　　　　Defendant. | No. CR07-218RSL<br><br>ORDER DENYING DEFENDANT BRISCOE'S MOTION FOR SEVERANCE AS MOOT |

This matter comes before the Court on defendant James Briscoe's "Motion for Severance from Co-Defendant Green". Defendant entered a plea of guilty on September 13, 2007. The Motion to Sever is therefore DENIED as moot.

DATED this 17th day of September, 2007.

　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING DEFENDANT BRISCOE'S MOTION FOR SEVERANCE AS MOOT